**United States District Court**
For the Northern District of California

1

2                                              **\*E-FILED:  October 12, 2012\***

3

4

5

6

7                                  NOT FOR CITATION

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11   JOSEPH R. LEON,                              No. C11-05504 HRL

12             Plaintiff,                         **INTERIM ORDER RE DEFENDANTS'**
        v.                                        **MOTION TO DISMISS**
13
     SAN JOSE POLICE DEPARTMENT; CITY OF
14   SAN JOSE; OFFICER KEVIN McCLURE,
     BADGE #3979; OFFICER BRIAN LOFTUS,
15   BADGE #3965,

16             Defendants.
                                            /
17

18          The parties are advised that the court is contemplating converting defendants' pending

19   motion to dismiss (Dkt. No. 33) to one for summary judgment.

20   Dated: October 12, 2012

21                                         _____
                                           HOWARD R. LLOYD
22                                         UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

5:11-cv-05504-HRL Notice has been electronically mailed to:

Karl Anthony Sandoval      karl.sandoval@cco.sccgov.org, linda.ramos@cco.sccgov.org

Richard D. North      cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

Tiega Noel Varlack      tvarlack@gmail.com, intern@varlacklegal.com

**United States District Court**
For the Northern District of California