*E-FILED: October 12, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH R. LEON, | No. C11-05504 HRL |
| Plaintiff, | **INTERIM ORDER RE DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| SAN JOSE POLICE DEPARTMENT; CITY OF SAN JOSE; OFFICER KEVIN McCLURE, BADGE #3979; OFFICER BRIAN LOFTUS, BADGE #3965, | |
| Defendants. | |

The parties are advised that the court is contemplating converting defendants' pending motion to dismiss (Dkt. No. 33) to one for summary judgment.

Dated: October 12, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-05504-HRL Notice has been electronically mailed to:

2  Karl Anthony Sandoval     karl.sandoval@cco.sccgov.org, linda.ramos@cco.sccgov.org

3  Richard D. North     cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

4  Tiega Noel Varlack     tvarlack@gmail.com, intern@varlacklegal.com