*E-FILED: February 8, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH R. LEON, | No. C11-05504 HRL |
| Plaintiff, | **ORDER VACATING FINAL PRETRIAL CONFERENCE AND TRIAL** |
| v. | |
| SAN JOSE POLICE DEPARTMENT; CITY OF SAN JOSE; OFFICER KEVIN McCLURE, BADGE #3979; OFFICER BRIAN LOFTUS, BADGE #3965, | |
| Defendants. | |

The currently scheduled final pretrial conference and trial dates are vacated, and will be re-set as necessary, following resolution of defendants' pending dispositive motion.

SO ORDERED.

Dated: February 8, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05504-HRL Notice has been electronically mailed to:

Karl Anthony Sandoval    karl.sandoval@cco.sccgov.org, linda.ramos@cco.sccgov.org

Richard D. North    cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

Tiega Noel Varlack    tvarlack@gmail.com, intern@varlacklegal.com