**United States District Court**
For the Northern District of California

1

2                                          **\*E-FILED:  February 8, 2013\***

3

4

5

6

7                                   NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11   JOSEPH R. LEON,                              No. C11-05504 HRL

12              Plaintiff,                        **ORDER VACATING FINAL PRETRIAL**
         v.                                       **CONFERENCE AND TRIAL**
13
     SAN JOSE POLICE DEPARTMENT; CITY OF
14   SAN JOSE; OFFICER KEVIN McCLURE,
     BADGE #3979; OFFICER BRIAN LOFTUS,
15   BADGE #3965,

16              Defendants.
                                              /
17

18        The currently scheduled final pretrial conference and trial dates are vacated, and will be

19   re-set as necessary, following resolution of defendants' pending dispositive motion.

20        SO ORDERED.

21   Dated: February 8, 2013

22
                                              _____
23                                            HOWARD R. LLOYD
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1   5:11-cv-05504-HRL Notice has been electronically mailed to:

2   Karl Anthony Sandoval      karl.sandoval@cco.sccgov.org, linda.ramos@cco.sccgov.org

3   Richard D. North      cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

4   Tiega Noel Varlack      tvarlack@gmail.com, intern@varlacklegal.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California