United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOSEPH R. LEON, | |
|---|---|
| Plaintiff, | Case No. 5:11-cv-05504 HRL |
| v. | **INTERIM ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| OF SAN JOSE; OFFICER KEVIN McCLURE, BADGE #3979; OFFICER BRIAN LOFTUS, BADGE #3965, | |
| Defendants. | |

Joseph R. Leon having applied for leave to proceed in forma pauperis on appeal, he shall re-submit his application on Federal Rule of Appellate Procedure Form 4, as required by Fed. R. App. P. 24.

SO ORDERED.

Dated: March 20, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05504-HRL Notice has been electronically mailed to:

Karl Anthony Sandoval     karl.sandoval@cco.sccgov.org, tam.lobach@cco.sccgov.org

Richard D. North     cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

Tiega Noel Varlack     tiega@varlacklegal.com, asha@thewilkersonlawoffice.com, mupton@varlacklegal.com